UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUSSELL J. LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:07-cv-2111-JCH |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court pursuant to Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In support of Plaintiff's request, Plaintiff submitted an itemized statement of time spent by Plaintiff's attorneys in the proceedings before this Court.

By Judgment dated March 16, 2009, this Court remanded this case to Defendant Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). A claimant seeking judicial review of a final decision denying Social Security disability benefits may recover attorney's fees if he or she receives a "sentence four" remand. See Shalala v. Schaefer, 509 U.S. 292, 295-96 (1993). Because Plaintiff prevailed and is not otherwise precluded from receiving attorney's fees and costs, this Court finds that Plaintiff is entitled to attorney's fees and costs in the amount of $4,832.50.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Attorney's Fees is GRANTED. Further, it is ORDERED that Defendant Commissioner of Social Security pay

attorney's fees and costs in the amount of $4,832.50, and that the award be made payable to David D. Camp, Attorney for Plaintiff, 230 S. Bemiston Ave., Suite 810, St. Louis, MO 63105.

*/s/ Jean C. Hamilton*
HONORABLE JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2009.